E-FILED
Tuesday, 05 October, 2004 02:25:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CHARLES ROBINSON, | ) |
| Petitioner, | ) |
| vs. | ) No. 03-C-3059 |
| UNITED STATES OF AMERICA, | ) Hon. Richard Mills |
| Respondent. | ) |

### CERTIFICATE OF SERVICE

This certifies that I have caused (1) the Motion to Supplement the Record on Appeal and (2) the Declaration of Brian E. Cothroll in support of Motion to Supplement the Record on Appeal to be served upon counsel listed below via Federal Express:

Gregory M. Gilmore
Office of the United States Attorney
318 South Sixth Street
Springfield, Illinois 62701

Dated this 1st day of October, 2004.

THOMAS L. SHRINER, JR.
MICHAEL A. BOWEN
BRIAN E. COTHROLL

_____
Attorneys for Petitioner-Appellant
Charles R. Robinson, IV

FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414.271.2400
Facsimile: 414.297.4900