E-FILED
Monday, 08 November, 2004  03:18:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHARLES ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 03-CV-3059 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

UNITED STATES' RESPONSE TO MOTION TO
SUPPLEMENT THE RECORD ON APPEAL WITH NEWSPAPER ARTICLES

The United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Gregory M. Gilmore, Assistant United States Attorney, respond in opposition to Petitioner's motion to supplement the record on appeal with newspaper articles, and state:

1.  Petitioner has moved this Court to supplement the record in this case with the record in case no. 97-CR-30025 (a case brought before this Court) and the jury selection transcript in case 97-CR-30025 (voir dire conducted on November 14, 1997 by this Court). The undersigned has no objection to that part of Petitioner's motion. Petitioner has also moved to supplement the record with various newspaper articles which were not before this Court as part of the record.

2.  The United States objects to supplementing the record with the above-mentioned newspaper articles as the Seventh Circuit Practitioner's Handbook for Appeals specifically states: "Of course, the record on appeal cannot be supplemented with new evidentiary materials not before the district court." See Berwick Grain Company v. Illinois Dept. Of Agriculture, 116

1

F.3d 231, 234 (7th Cir. 1997).

                            Respectfully submitted,
                            JAN PAUL MILLER
                            UNITED STATES ATTORNEY

                            <u>s/ Gregory M. Gilmore</u>
                            Gregory M. Gilmore
                            Assistant United States Attorney
                            318 South Sixth Street
                            Springfield, Illinois 62701
                            (217) 492-4450

Certificate of Service

I certify that I sent a copy of the foregoing via U.S. Mail to Thomas L. Shriner and Brian Cothroll, Foley & Lardner, Suite 3800 777 East Wisconsin Avenue, Milwaukee, Wisconsin 53202-5306, on November 8, 2004.

_____