## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CHARLES ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 03-3059 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

RICHARD MILLS, U.S. District Judge:

The Court now considers Charles Robinson's Motion to Supplement the Record on Appeal.

### FACTS & ANALYSIS

Robinson moves the Court to allow him to supplement the record on appeal by adding the original record in case No. 97-CR-30025, a copy of a November 14, 1997, transcript, and various newspaper articles that appeared in the *Illinois State Journal-Register*. The Government does not oppose the addition of the original record or the November 14 transcript. Accordingly, the Court will allow Robinson's motion with respect to these

items.

The Government objects to Robinson's attempt to supplement the record with newspaper articles. In support of its position, the Government cites the *Seventh Circuit Practitioner's Handbook for Appeals*. The handbook states: " . . . the record on appeal cannot be supplemented with new evidentiary materials not before the district court." Id. at p. 68 (citing Berwick Grain Company v. Illinois Dept. of Agriculture, 116 F.3d 231, 234 (7th Cir. 1997).

The newspaper articles were not part of this Court's record. Accordingly, Robinson cannot use them to supplement his record on appeal. Id.

Ergo, Robinson's Motion to Supplement the Record on Appeal (d/e 29) is DENIED.

IT IS SO ORDERED.

ENTER: January 26, 2005

              s/ Richard Mills
              United States District Judge